**Order entered August 7, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00664-CV

### IN THE INTEREST OF C.W. A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-667**

## ORDER

We have before us appellant's Motion to File Brief Out of Time and Motion for Extension of Time.

We **GRANT** the motion as follows. We **ORDER** Pamela K. Sumler, official court reporter for the 305th Judicial District Court, to file **by 5:00 p.m. on Monday, August 19, 2013**, either (1) written verification that the reporter's record has not been requested, or (2) the reporter's record. If we receive written verification that the reporter's record has not been requested, the appeal will be submitted without the reporter's record without further notice. We further **ORDER** that appellant's brief shall be filed on or before **Friday, September 6, 2013**. No further extension will be granted absent extraordinary circumstances.[1]

---

[1] On June 11, 2013, Pamela K. Sumler, official court reporter for the 305th Judicial District Court, advised us that no one had requested her to prepare a reporter's record in this case. On June 20, 2013, we sent the parties a notice advising them that no one had requested the court reporter to prepare a reporter's record or made arrangements for payment for same. We further advised the parties that the case would be submitted without a reporter's record

               /s/      KERRY P. FITZGERALD
                         JUSTICE

---

unless a party notified us within ten days that a reporter's record had been requested and arrangements for payment had been made. We received nothing from either party in response to that notice.

Appellant's brief was due on July 7, 2013. Having received no brief, on July 15, 2013, we sent the parties a notice that the time for filing appellant's brief had expired. We directed appellant to file a brief and a motion for extension of time within ten days, and we advised him that failure to do so would lead to dismissal of his appeal.

On August 1, appellant filed a belated motion to file brief out of time and motion for extension of time. In that motion, appellant does not deny that he failed to request the court reporter to prepare the reporter's record, but he does assert that he is not financially able to pay the "quoted amount for the Reporter's Record." He further asserts that he was found indigent at the trial court level.